IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, et. al. ) | |
| ) | No. 1:21-cv-02317-RDM |
| Plaintiff, ) | |
| ) | Judge Randolph D. Moss |
| vs. ) | |
| DEBRA A. HAALAND, et. al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants Debra A. Haaland, Secretary of the Interior, *et al.* hereby give notice of the entry of appearance of Luther L. Hajek as counsel in the above-captioned case. Mr. Hajek's contact information is as follows:

Luther L. Hajek
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

Tel: (303) 844-1376
Fax: (303) 844-1350

E-mail: luke.hajek@usdoj.gov

Respectfully submitted this 13th day of September, 2021,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2021, I filed the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

                                                     /s/ *Luther L. Hajek*
                                                     Luther L. Hajek