UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> DEBRA A. HAALAND, et al., <br><br> *Defendants*, <br><br> and <br><br> STATE OF LOUISIANA, <br><br> *Intervenor-Defendant.* | Case No. 21-cv-02317-RDM |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiffs Friends of the Earth, Healthy Gulf, Sierra Club, and Center for Biological Diversity ("Plaintiffs") respectfully move for entry of summary judgment in their favor on both counts of the Complaint (Dkt. No. 1), declaring that Defendants Debra A. Haaland, Secretary of the Interior; Laura Daniel-Davis, Assistant Secretary of the Interior for Land and Mineral Management; U.S. Department of the Interior, and the Bureau of Ocean Energy Management (collectively, "Defendants") violated the National Environmental Policy Act and the Administrative Procedure Act when taking final action to hold Lease Sale 257.

Defendants' decision to offer all available unleased acreage in the Gulf of Mexico for sale to the oil and gas industry for bid was based on an unlawful assessment of the sale's

environmental effects that failed to take a hard look at the indirect climate impacts by using arbitrary methodology to analyze the potential downstream greenhouse gas emissions that would result from the sale. In addition, Defendants failed to prepare a supplemental environmental impact statement taking into consideration significant new information which shows that climate impacts from leasing are greater than the Bureau assumed, that drilling and production on leases will take place in much deeper water, that leasing will have greater impacts on the critically-endangered Rice's whale, and that pipeline spill risks are greater than previously thought.

Plaintiffs attach a Memorandum of Points and Authorities in support of this Motion for Summary Judgment, and a Proposed Order.

Respectfully submitted this 13th day of October, 2021.

/s/ Brettny Hardy
Brettny Hardy (*pro hac vice*)
EARTHJUSTICE
50 California St., Suite 500
San Francisco, CA 94111
415-217-2000 Telephone
415-217-2040 Fax
bhardy@earthjustice.org

Stephen D. Mashuda (DC Bar No. WA0005)
Shana Emile (*pro hac vice*)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
415-217-2040 Fax
smashuda@earthjustice.org
semile@earthjustice.org

*Attorneys for Plaintiffs Friends of the Earth, Healthy Gulf, Sierra Club, and Center for Biological Diversity*