UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, HEALTHY GULF, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEBRA A. HAALAND, in her official capacity as Secretary of the Interior; LAURA DANIEL-DAVIS, in her official capacity as Assistant Secretary of the Interior for Land and Mineral Management; U.S. DEPARTMENT OF THE INTERIOR; and BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>*Defendants*,<br><br>STATE OF LOUISIANA,<br><br>*Intervenor-Defendant.* | Case No. 21-cv-02317-RDM |

## DECLARATION OF HALLIE TEMPLETON

I, Hallie Templeton, declare as follows:

1. I have personal knowledge of the matters asserted in this declaration, and if called upon to testify would state the same.

2. I am the Deputy Legal Director for Friends of the Earth (FoE), a 501(c)(3) non-profit, membership-based organization with offices located in Berkeley, California and Washington, D.C. FoE currently has over 4.5 million activists and over 280,000 members, located across all 50 states and the District of Columbia. FoE's primary mission is to defend the

environment and champion a more healthy and just world by collectively ensuring environmental and social justice, human dignity, and respect for human rights and peoples' rights.

3. In furtherance of FoE's mission, its board members, staff, members, and activists are dedicated to fighting climate change and advocating for clean energy alternatives. FoE's Climate & Energy and Oceans & Vessels programs directly engage in administrative and legislative advocacy, and litigation when needed, to protect the environment and society from climate change, pollution, and industrialization associated with fossil fuel development and greenhouse gas emissions. Key to this work is fighting to reduce greenhouse gas emissions and domestic reliance on fossil fuels, and advance clean energy. To this end, we pay close attention to federal decisions related to oil and gas lease sales, with an interest in ensuring compliance with pertinent federal laws, such as the National Environmental Policy Act and the Administrative Procedure Act. In this instance, we are particularly concerned that the Department of Interior violated these laws by failing to fully and rationally evaluate the impacts from greenhouse gas emissions that will result from Lease Sale 257 in the Gulf of Mexico.

4. FoE board members, staff, members, and activists use and enjoy federal public lands and waters implicated by Lease Sale 257 in the Gulf of Mexico. Their uses include recreational, commercial, and subsistence activities such as wildlife viewing, photography, paddling, swimming, meditating, fishing, and clamming and other shellfish harvesting. Their enjoyment of these activities is heavily dependent on the health, abundance, and protection of the surrounding ecosystem.

5. Oil and gas activity in the Gulf of Mexico already is harming the interests of FoE's board members, staff, members, and activists. For example, one FoE member located in Brownsville, Texas routinely visits the coast with his family to swim, surf, fish, and observe

wildlife. Their experience has been diminished by the noise and pollution created by oil and gas operations.

6. FoE and its board members, staff, members, and activists are also harmed by the significant impacts of climate change, which are caused in part by federal fossil fuel leasing and development, including from the exploration, extraction, and combustion of the substantial amount of oil and gas coming out of the Gulf of Mexico, where the majority of domestic offshore drilling activity occurs. Rising sea levels and increased storm activity caused by climate change are directly related to the work that FoE does through its Ocean & Vessels and Climate & Energy programs. Sea level change, storm intensity, and other effects of climate change also affect our board, staff, members, and activists who live, work, and recreate in coastal areas. In recent years, climate change has been linked to myriad problems affecting the health and vitality of the Gulf of Mexico, including but not limited to, coral die-off; exacerbated Harmful Algal Blooms like the red tide; destruction of habitat and populations of fisheries, marine mammals, and other wildlife; increased hurricane activity; heightened levels of flooding; accelerated erosion; loss of wetlands and low-lying terrestrial ecosystems; and seawater intrusion into freshwater sources. Rising temperatures also shorten viable growing seasons globally, which are directly related to the work of our Food & Agriculture program.

7. Since its inception in 1969, FoE has been dedicated to the reduction of greenhouse gas emissions and domestic reliance on fossil fuels, as well as the advancement of clean energy. To this end, we have been strong proponents of the "Keep It In The Ground" and "Protect All Our Coasts" coalition campaigns, which aim to protect public lands and waters from fossil fuel extraction. Our work toward this goal includes organizing and hosting direct-action events, legislative advocacy and policy analysis, government scrutiny and accountability,

publications of reports and easy-to-read fact sheets to help educate the public, as well as other communications, outreach, and social media. We have challenged lease sales across the country through letters of protest as well as litigation where necessary. Recent challenges include lease sales in Bakersfield, Kern County, California; the Arctic National Wildlife Refuge; and the National Petroleum Reserve-Alaska. Lease Sale 257—at issue in this case—in federal waters of the Gulf of Mexico is of significant concern to FoE.

8. Friends of the Earth is an outspoken proponent of protecting the Central and Western Gulf of Mexico Planning Areas from ongoing and expanded fossil fuel leasing and ensuring a just transition for the communities most impacted by the fossil fuel industry. Since my employment with FoE began in 2017, I have worked to support our partners in the Gulf by lobbying members of Congress to introduce legislation that would stop new lease sales for offshore drilling in the Gulf and issuing press statements to amplify the message that the Gulf needs protection when it is omitted from legislative packages to end offshore drilling in other regions. FoE is also a plaintiff in ongoing litigation over federal actions that enable oil and gas development to persist in the Gulf in ways that risk future oil spills and further harms the Gulf's species and habitats. We are currently challenging the Bureau of Safety and Environmental Enforcement's 2019 rollback of the Well Control and Blowout Preventer Rule, a series of offshore drilling safety regulations that were put in place after the 2010 *Deepwater Horizon* oil spill disaster in the Gulf of Mexico. We are also challenging the National Marine Fisheries Service's 2020 issuance of a Biological Opinion that relies on faulty analyses and inadequate mitigation measures to allow harm to endangered and threatened species from expanded offshore drilling throughout the Gulf of Mexico.

9. Friends of the Earth has spent a significant organizational effort advocating for a pause on new oil and gas leases and an overhaul of the federal leasing program. Since November 1, 2020, we collected more than 45,000 petition signatures in support of pausing oil and gas leasing on federal lands and waters. We joined a December 15, 2020 letter to President Biden from 574 organizations calling for a day-one Executive Order placing a pause on new oil and gas leasing. Finally, on January 25, 2021, we issued a joint press statement in advance of the anticipated Executive Order (EO) at issue in this matter with quotes and impressions from various organizations and frontline communities that are impacted by oil and gas extraction. On January 27, 2021, President Biden issued and Executive Order that placed a temporary pause on additional oil and gas leasing in the Gulf and elsewhere pending the completion of a programmatic study on the myriad problems associated with further oil and gas leasing and fossil fuel extraction from federal public lands and waters. FoE remains supportive of the pause and programmatic study, and has been involved in litigation in Louisiana and Wyoming to support the pause.

10. It is of paramount importance that federal officials fully understand and analyze the array of environmental and socio-economic harms of fossil fuel extraction before holding another oil and gas lease sale. For example, federal officials must ensure that they are relying on accurate estimates for the global greenhouse gas emissions associated with the proposed sale and associated activities. They must also take into consideration new information such as recent knowledge about climate change; expansion of the industry into deeper water; impacts to endangered species; wind energy potential and conflicts; and last but certainly not least, the increased and disproportionate harm to frontline, Black, Indigenous, People of Color, and other disenfranchised communities in the region.

11. The Bureau of Ocean Energy Management made a decision to hold Lease Sale 257 based on an outdated and flawed analysis that failed to accurately estimate the greenhouse gas emissions and climate change impacts of offering this lease sale, failed to analyze any of the significant new information about the effects of oil and gas leasing on the environment, species, or communities in the Gulf, and did not consider or ensure adequate measures to protect the climate, nearby communities, and natural resources and ecosystems. The Bureau's decision to allow continued and increased oil and gas leasing in federal waters in the Gulf of Mexico without understanding this information harms FoE's interests, as well as those of its board members, staff, members, and activists both by allowing further harm to the Gulf ecosystem from drilling, but also by depriving them of accurate, high-quality information necessary to advocate for protections that would alleviate these harms.  It also significantly delays and degrades the federal government's credibility and success in swiftly confronting and combating climate change.

12. Undertaking a thorough analysis, as mandated by NEPA, benefits FoE and its board members, staff, members, and activists in myriad ways. Indeed, each of the harms and impacts described above has the potential to be alleviated or mitigated by a more thorough analysis and understanding of the harm that Lease Sale 257 poses. Such analysis will ensure that federal officials and the general public are aware of, and fully explore potential mitigation or avoidance measures to address harm from oil and gas operations, including exacerbating the effects climate change, contamination of waterways, degraded air quality, risk of oil spills, and harm to both abundant and imperiled wildlife populations. This analysis would allow FoE, its board members, staff, members, and activists to gain a greater understanding of the various risks posed by Lease Sale 257—and potentially fossil fuel extraction more broadly—so they can better advocate for responsible management of our public commons, including by ensuring any new

fossil fuel leasing is consistent with climate protection, requires adequate royalties, and protects our natural resources, cultural heritages, and surrounding ecosystems.

I hereby declare under penalty of perjury that the foregoing declaration is true and correct.

**Dated:** **September 10, 2021**

*Hallie Templeton*
Hallie Templeton