# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, HEALTHY GULF, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEBRA A. HAALAND, in her official capacity as Secretary of the Interior; LAURA DANIEL-DAVIS, in her official capacity as Assistant Secretary of the Interior for Land and Mineral Management; U.S. DEPARTMENT OF THE INTERIOR; and BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>*Defendants*,<br><br>STATE OF LOUISIANA,<br><br>*Intervenor-Defendant.* | Case No. 21-cv-02317-RDM |

## DECLARATION OF PETER GALVIN

I, Peter Galvin, declare as follows:

1. I am the Director of Programs for the Center for Biological Diversity, and I serve on the Board of Directors. The Center is a nonprofit, membership organization with more than 89,600 members and offices in various states, including thousands of members in the Gulf of Mexico region. The Center is dedicated to the preservation, protection, and restoration of biodiversity, native species, ecosystems, and public lands.

1

2. I am one of the founders of the Center and helped create its organizational purpose and goals. In helping create the Center, I sought to establish a nonprofit organization that addressed many of my personal interests in protecting endangered species from the many threats they face such as habitat loss, land development, resource extraction, and climate change. In addition, the Center was created to protect the environmental conservation interests of its staff, members, and board, including the protection of the natural habitats and wildlife that the Center's members enjoy. As part of its mission, the Center provides oversight of governmental activities that impact endangered species and other wildlife. The Center has been at the forefront of efforts to hold the government accountable for its statutory obligations and engages in legal strategies to ensure that our nation's environmental laws are enforced.

3. The Center has an oceans program that focuses on the protection of marine species and their ocean habitats, including significant efforts to ensure the conservation of wildlife in the Gulf of Mexico. The Center has undertaken numerous actions to conserve species affected by offshore oil and gas activities including sperm whales, beaked whales, Gulf of Mexico Bryde's whales (now known as Rice's whales), bluefin tuna, goliath grouper, loggerhead, leatherback, and Kemp's ridley sea turtles, and migratory birds. The Center has a longstanding campaign advocating for protection of the Gulf of Mexico against environmental damage from oil and gas drilling that results from lease sales; and it monitors governmental oversight of offshore oil and gas activities. The Center and its members have actively participated in the administrative processes and decisionmaking about offshore oil and gas leasing in the Gulf of Mexico. This includes regularly commenting on agency decisions involving offshore oil and gas activities in the Gulf of Mexico and draft environmental impact statements ("EIS") purporting to analyze the impacts of offshore leasing in the area. For example, the Center submitted extensive comments on

the various drafts of the 2017–2022 Outer Continental Shelf Oil and Gas Leasing Program as well as comments on the Bureau of Ocean Energy Management's ("BOEM") draft programmatic EIS on the Five-Year Program; its draft programmatic EIS on the Outer Continental Shelf Oil and Gas Leases in the Gulf of Mexico from 2017–2022; its draft supplemental EIS for Lease Sale 247 in the Gulf of Mexico; scoping comments on a supplemental EIS for Lease Sales 250 and 251 in the Gulf of Mexico; and comments on the supplemental EIS for Lease Sale 250. The Center also recently submitted comments to BOEM regarding new information demonstrating the harms from oil and gas leasing.

4. The Center's members and staff use the Gulf of Mexico for wildlife observation, research, nature photography, aesthetic enjoyment, recreational, educational, and other activities. Some of the Center's members seek out and enjoy opportunities to observe wildlife such as sea turtles, including on their nesting beaches, corals, birds, sperm whales, Rice's whales and other marine mammals in the Gulf of Mexico. The Center's members have also spent time recreating in the Gulf of Mexico and have interests in the water quality and health of the Gulf ecosystem. The Center's members depend on the Center to protect those interests.

5. For example, I have personal interests in the Gulf of Mexico. I have visited the Gulf of Mexico region numerous times over my lifetime in both my professional and personal capacity. My travels and research have taken me to the coastlines of all the Gulf States. I've spent considerable time enjoying the Gulf of Mexico, recreating and enjoying the natural environment and wildlife that migrate across the Gulf. I have family who I visit regularly in Alabama. My first visit to the Gulf occurred around 1975 and my most recent visit to the Gulf Coast was in November 2018. I visited the Gulf coast at Fort Meyers and Ten Thousand Islands in the Everglades. I saw a bald eagle, several dolphins, several osprey, herons and other water birds. I enjoyed several days

of strolling on the beach and the Gulf ecosystem and looking for and observing these and other animals. I have plans to return to the Gulf Coast of Florida in February and December of 2022.

6. My interests and the interests of other members of the Center are adversely affected by BOEM's decision to offer offshore leases in the Gulf of Mexico to oil and gas companies. Those interests are especially harmed where the agency leases offshore waters to oil and gas companies without conducting a proper, comprehensive review of the scope of drilling activities and the effects that could occur under those lease sales or the environmental impacts of such activities, including oil spills, air and water pollution, greenhouse gas emissions, and the impacts of drilling activities on species and ecosystems in the Gulf.

7. The Center and its members have strong interests in protecting imperiled wildlife, their habitat, and engaging in wildlife-oriented activities. The Center's members' abilities to view these animals, enjoy their natural habitat, and to advocate for their protection throughout the Gulf of Mexico are inhibited by oil spills, water and noise pollution, vessel strikes, and other harms from offshore oil and gas activities in the Gulf of Mexico. The agency's failures mean that threatened and endangered species, such as sperm whales, Rice's whales, corals, loggerhead, leatherback, and Kemp's Ridley sea turtles, are deprived of additional protections from these harms.

8. The Center and some of its members will be harmed by increased oil and gas leasing. For example, the Center and some of its members know that water pollution results from oil and gas activities that take place in leased areas, including the discharge of fracking and other well stimulation chemicals into the Gulf. The Center has been researching the environmental and health impacts of fracking activities and chemicals for many years. Our research shows that fracking chemicals are toxic to humans and can harm wildlife, including fish, birds, and marine

mammals. Recent data indicate, for example, that fracking fluid discharges from offshore platforms in the Gulf may cause acute toxicity to marine organisms such as fish in concentrations that are likely to occur near offshore wells. Harm to these animals harms our members' interests in observing these animals in the wild.

9. The Center and some of its members also will be harmed by the impacts of oil spills on Gulf marine life. Oil is toxic to sea turtles, birds, fish, and other wildlife that come into contact with or ingest it. Oil pollutes the environment and can impair important spawning grounds and nesting habitat. Oil spills can and do occur from offshore drilling, as is all too evident from the *Deepwater Horizon* spill. But even smaller, less dramatic spills and leaks from pipelines and oil rigs harm wildlife, especially in the aggregate from the thousands of rigs and miles of pipeline throughout out the Gulf.

10. The Center and some of its members are also harmed by the noise pollution that will be generated by oil and gas activities, including increased vessel traffic and seismic exploration. The Center and some of its members know, for example, that seismic surveys can displace sperm whales, critically endangered Rice's whales, and other marine mammals from their preferred habitat and disrupts feeding, breeding, nursing, communication, navigation, and other behaviors essential to their survival. Seismic survey activities that displace, deafen, and injure whales and dolphins in the Gulf of Mexico diminishes the enjoyment of these animals and the Gulf environment for the Center and its members. The noise from increased vessel traffic can also displace or otherwise harm Rice's whales and other marine mammals and increases the risk of death or injury of these whales and sea turtles from vessel strikes.

11. Increasing the amount of oil and gas leasing in the Gulf necessarily increases each of these harms to wildlife and the Center's members'—including my own—interests in viewing, studying, photographing, and simply experiencing wildlife when recreating in the Gulf.

12. The Center and its members are also harmed by the increased greenhouse gas emissions caused by oil leasing. A myriad of scientific evidence demonstrates that increased leasing leads to increased greenhouse gas emissions and that not leasing means less of these emissions. Greenhouse gas emissions harm our members interests by, for example, exacerbating the sea level rise that is destroying the beaches and sea turtle nesting habitat some of our members visit to recreate and observe sea turtles.

13. BOEM's failure to fully examine and disclose the environmental effects of oil and gas leases in the Gulf harms the informational and aesthetic interests of the Center and its members. The Center and its members' ability to provide meaningful and informed input on these actions, and to advocate for measures that would eliminate or mitigate the harms from additional leasing and the development it enables, are significantly hindered without a full accounting of the effects from additional oil and gas development, including water pollution, greenhouse gas emissions, and harms to wildlife.

14. These harms would likely be reduced and remedied if the Center were to prevail in this lawsuit because the government would be required to conduct additional environmental analysis that could produce a decision that would result in less water pollution, less oil and gas drilling activity, or otherwise mitigate the numerous harms to the environment that are inherent in offshore oil and gas drilling.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2021, in Shelter Cove, California.

                                                      Peter Galvin