UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEBRA A. HAALAND, in her official capacity as Secretary of the Interior, et al., <br><br> *Defendants*, <br><br> and <br><br> STATE OF LOUISIANA, <br><br> *Intervenor-Defendant*. | Civil Action No. 1:21-cv-02317-RDM |

**DECLARATION OF WILLIAM L. FOSTER II
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, William L. Foster II, hereby declare as follows:

1. I have personal knowledge of the following, and I could and would competently testify to these matters if called as a witness.

2. I live in Port Aransas, Texas, on Mustang Island, a barrier island near Corpus Christi on the southern Texas coast.

3. I am a current member of the Center for Biological Diversity and have been since 2013. I rely on the Center to help represent my interests in protecting the environment through advocacy and the enforcement of our environmental laws.

4. I first discovered the Port Aransas area soon after my now-wife and I became engaged, when we took our very first trip together as a couple to celebrate her grandparent's 50th wedding anniversary on the island. That was 27 years ago, and I grew to love the area more and more each time we visited over the years. We came more often after my daughter was born, coming two or three times each summer. My wife and I decided to move to Port Aransas full-time after the Covid-19 pandemic hit last year, and it was one of the best decisions we could have ever made for our family.

5. I appreciate many aspects of the Port Aransas area, but its wildlife and wild nature are perhaps its biggest attraction. I love spending time outdoors and exploring the island by land and water—including kite surfing, swimming, boogie boarding, fishing, and walking along the shore.

6. I receive many health benefits from being in and near the ocean. One of my favorite things to do is just to immerse myself in the saltwater, letting my troubles soak away. I am also an avid kite surfer and go every chance I get, usually about once a week in the Gulf near Port Aransas unless wind conditions are unfavorable. I have a group of friends who also enjoy kite surfing, and we have developed a strong bond through our connection to the ocean and experiences together. These activities are an important part of my life, not only benefiting my physical health, but also my mental health and emotional well-being. I plan to continue doing them as long as I can.

7. However, these benefits depend on clean water and a healthy ocean, and more oil and gas drilling in the Gulf of Mexico puts them all at risk. Existing oil and gas drilling negatively affects me now because oil is constantly seeping from undersea pipelines and offshore oil platforms. These constant leaks, along with major oil spills that have occurred, cause sticky

tar balls to cover the shore at times, getting all over your body when you swim and sticking to your feet when you walk in the sand. And it is more than just a nuisance to get off: I worry about the bad health impacts from the oil absorbing into my skin, swallowing polluted seawater, and eating contaminated seafood.

8. Opening more areas to oil and gas drilling in the Gulf would make these problems worse. More oil and gas drilling means more pipelines and more oil going through them. The pipelines will inevitably leak—it is a matter of when not if—especially when located in corrosive seawater. It means more offshore oil wells would be seeping more oil onto our shores, and more oil tankers that could leak or even explode. It also greatly increases the risk of a catastrophic oil spill, such as the BP Deepwater Horizon disaster and massive oil spill that happened last weekend in Southern California.

9. Impacts from oil leaks and spills would be devastating to my interests. For example, my family often enjoys fishing together, and in fact, my wife and daughter are participating in an all-women fishing tournament together in Baffin Bay this weekend, on October 8 and 9. My family also plans to attend, and my business is sponsoring, Texas SandFest the following weekend, on October 15 and 16, which is a sand sculpting contest and big community event in Port Aransas. Both events would be cancelled if a major oil spill or other related disaster occurred from oil and gas drilling authorized in the upcoming lease sale. I cherish the times I spend with my wife and daughter taking part in these kinds of activities, and the memories and bonds we form from them are vital to my quality of life. More oil leaks and spills from the lease sale would increase the amount of tar balls in our water and shorelines and could even close our beaches for months in the event of a major spill. This means I would have fewer opportunities to enjoy these activities with my family, and fewer days to swim, kite surf,

or even take a walk on the beach—preventing me from doing the things I love and are so important to me.

10.     The recreational, health, and other benefits I get from a clean, healthy ocean are not my only interests at stake, as many threatened and endangered animals would also be harmed if new oil and gas drilling is authorized through the lease sale.  The Padre Island National Seashore here is the longest stretch of undeveloped barrier island in the world, and it and other nearby areas provide essential nesting and foraging grounds for several kinds of sea turtles that are facing extinction.  These magnificent animals are synonymous with these barrier islands, and any harm to their habitat or individual sea turtles would be a big blow to our entire community.  It would certainly be a major blow to me.  I have a good friend who is a local marine biologist, and I enjoy learning more from him and other experts about sea turtles in our area and what they need to survive.  It has also been disturbing and eye-opening to learn of the many threats confronting them, including entanglement, pollution, and ship strikes.  There is a local non-profit called Amos Rehabilitation Keep, or ARK, that rescues injured sea turtles, rehabilitates them, and releases them back into the wild.  The group suspended public releases for a while during the pandemic, but I got to participate in one this summer, at the end of July.  ARK released several large sea turtles that had been injured and nursed back to health, and it was a special and exhilarating experience to watch them make their way back to the shoreline and into the ocean, filling me with hope for the future and a deep sense of gratitude for their existence.  I am grateful for ARK's services, but it is my hope that they will no longer be needed one day, with sea turtles recovered and at no further risk of human-caused injuries or deaths.  However, oil and gas drilling through the upcoming lease sale would pollute the water and beaches these sea turtles rely on, and more oil and gas related vessel traffic also increases the risk of ship strikes.  I plan to

look for sea turtles and their nests over the summers now that I know more about them and their habitat, and it is something I think my daughter and I will enjoy doing together—if there are still sea turtles here.  However, the threats and impacts from additional oil and gas drilling harm my interests in seeing sea turtles in the future.

      11.     The barrier islands where I live are also essential habitat for endangered whooping cranes.  Once nearly wiped out to extinction, the birds are making a comeback today, and the world's only wild flock migrates through these shores each year.  Their numbers have slowly increased over the years on Lamar Island (also known as Goose Island), where my wife's uncle had a home for many years (until Hurricane Harvey).  We often used his home as our base when we vacationed here before becoming residents, and I got to watch the giant birds many times.  Our uncle's home was right across from a pasture and Big Tree, which is believed to be the largest live oak tree in the United States, and whooping cranes land and forage in the area.  Cranes had not returned to our island around Port Aransas for decades until about two years ago, when a single pair appeared close to my home.  They returned for a second time last winter and will hopefully become a regular sight each year.  I was not able to see them myself last winter because Hurricane Harvey destroyed a boardwalk that provided access to the preserve where the two cranes were located.  But I will look for them if they return and it is possible, as they are stunning to see.  It is incredible to see them in person, and it is something I want to experience again and again.  To say the cranes are huge is an understatement, and watching them fills me with a sense of wonder and awe.  We need to encourage their recovery by providing a clean, healthy environment for them to survive and thrive.  It is my hope that I will continue to see whooping cranes in even greater numbers in the future, and that my future grandchildren will

have the opportunity to one day see them in person too. Additional oil drilling in the Gulf harms my interests in seeing these beautiful birds recover.

12. More oil and gas drilling in the Gulf would also contribute to climate change, putting my home, family, and way of life at risk. Hurricane Harvey slammed this area before I was a resident, but I came to Lamar Island the day after it hit to assist with cleanup efforts. The hurricane made its first landfall here in Aransas County, and the entire area looked like a war zone. Our uncle's home where we had so many good times was completely destroyed, with the roof and whole second floor torn off. But it was not just human lives and property that were lost: I saw thousands of dead birds covering the ground and beaches. It was shocking and incredibly heartbreaking to witness. I hope to never again witness something like it, but unfortunately, climate change makes it more likely I will, causing more frequent and more intense hurricanes. I also worry about a hurricane or tropical storm damaging offshore oil platforms or pipelines, causing leaks or a catastrophic spill. The combined effects of a powerful storm and major spill are unfathomable. Allowing more oil and gas drilling in the Gulf only increases the odds that it will occur. It will also contribute to sea level rise, not only putting my property at risk, but also the habitat for the sea turtles, whooping cranes, and other animals I want to see recover.

13. I am a Christian who is deeply religious, and I believe we are called to be good stewards and caretakers of Eden, not destroyers of it. I am a student of the Bible and have translated some of the Hebrew manuscripts of the Old Testament, and this is my interpretation and a core part of my value system. From my view, protecting God's great Earth is not just an environmental imperative, but it is a religious imperative as well. Additional oil and gas drilling is counter to my spiritual interests.

14.     It is extremely important to me that we pass a healthy environment onto future generations. Seeing animals like sea turtles and whooping cranes enriches my life spiritually and otherwise—and reducing their numbers would greatly impoverish my life and leave an impoverished world behind. Any additional oil and gas drilling in the Gulf steals from my and our children's future, and it is a high-risk gambit no matter what precautions are taken.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this \_\_6th\_\_ day of October, 2021.

_____
William L. Foster II