UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| FRIENDS OF THE EARTH, *et al.*, | : | | |
| *Plaintiffs*, | : | | |
| v. | : | Civil Action No.: | 21-2317 (RC) |
| DEBRA A. HAALAND, *et al.*, | : | Re Document No.: | 34, 42, 43, 45 |
| *Defendants*, | : | | |
| STATE OF LOUISIANA, | : | | |
| *Intervenor-Defendant.* | : | | |
| AMERICAN PETROLEUM INSTITUTE, | : | | |
| *Intervenor-Defendant.* | : | | |

**ORDER**

**GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART AND DENYING IN PART INTERVENOR-DEFENDANT LOUISIANA'S CROSS-MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART AND DENYING IN PART INTERVENOR-DEFENDANT AMERICAN PETROLEUM INSTITUTE'S CROSS-MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiffs' Motion for Summary Judgment (ECF No. 34), **GRANTS IN PART AND DENIES IN PART** Defendants' Motion for Summary Judgment (ECF No. 45), **GRANTS IN PART AND DENIES IN PART** Intervenor-Defendant Louisiana's Motion for Summary Judgment (ECF No. 42), and **GRANTS IN PART AND DENIES IN PART** Intervenor-Defendant American Petroleum Institute's Motion for Summary Judgment (ECF No. 43). It is hereby:

**ORDERED** that the Record of Decision for Lease Sale 257, and the action taken based on that Record of Decision, including Lease Sale 257, is **VACATED** and **REMANDED** to the agency for further proceedings consistent with the Court's Memorandum Opinion.

**SO ORDERED**.

Dated: January 27, 2022                                                                  RUDOLPH CONTRERAS
                                                                                                             United States District Judge