# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, et al.,<br>　　　　*Plaintiffs*,<br><br>v.<br><br>DEBRA A. HAALAND, et al.,<br>　　　　*Defendants*,<br><br>STATE OF LOUISIANA and THE AMERICAN PETROLEUM INSTITUTE,<br>　　　　*Intervenor-Defendants*. | Case No. 1:21-cv-02317-RC |

## NOTICE OF APPEAL

Notice is hereby given that Intervenor-Defendant the American Petroleum Institute hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's January 27, 2022 order (ECF No. 77) vacating and remanding the Record of Decision for Lease Sale 257, and the action taken based on that Record of Decision, including Lease Sale 257.

Dated: February 8, 2022

Respectfully submitted,

*/s/ Jonathan A. Hunter*
Alexander Breckinridge, D.C. Bar No. 983736
Jonathan A. Hunter, *pro hac vice*
Sarah Y. Dicharry, *pro hac vice*
JONES WALKER LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
abreckinridge@joneswalker.com
jhunter@joneswalker.com
sdicharry@joneswalker.com

*Attorneys for Intervenor-Defendant,*
*American Petroleum Institute*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2022, I caused a true and correct copy of the foregoing Notice of Appeal to be filed with the Court electronically and served by the Court's CM/ECF System upon all attorneys of record.

                                          */s/ Jonathan A. Hunter*