# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>DEBRA A. HAALAND, et al.,<br>*Defendants*,<br><br>STATE OF LOUISIANA,<br>*Intervenor-Defendant*,<br><br>AMERICAN PETROLEUM INSTITUTE,<br>*Intervenor-Defendant*. | Case No. 1:21-cv-02317-RC |

## NOTICE OF APPEAL

Notice is hereby given that Intervenor-Defendant the State of Louisiana hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order of January 27, 2022, ECF No. 77, vacating and remanding the Record of Decision (ROD) for Lease Sale 257, and the actions taken based on that ROD including Lease Sale 257.

                                                              Respectfully submitted,

Dated: February 9, 2022                             **JEFF LANDRY**
                                                              **ATTORNEY GENERAL OF LOUISIANA**

TYLER R. GREEN*
DANIEL SHAPIRO*                              /s/   *Elizabeth B. Murrill*
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor               JEFF LANDRY*
Salt Lake City, UT 84101                   Attorney General
(703) 243-9423                                  ELIZABETH B. MURRILL*
                                                                  Solicitor General
                                                                  JOSEPH S. ST. JOHN*
                                                                    Deputy Solicitor General
                                                                  LOUISIANA DEPARTMENT OF JUSTICE
                                                                  1885 N. Third Street
                                                                  Baton Rouge, LA 70804
                                                                  Tel: (225) 326-6766
                                                                  murrille@ag.louisiana.gov
                                                                  stjohnj@ag.louisiana.gov

                                                                  *Counsel for Intervenor-Defendant State of Louisiana*

## **CERTIFICATE OF SERVICE**

      I filed this motion and its attachments with the Court via ECF, which will notify Plaintiffs' and Defendants' counsel.

Dated: February 9, 2022                  */s/ Elizabeth B. Murrill*