# United States Court of Appeals
## For The District Of Columbia Circuit

_____

**No. 22-5067**  **September Term, 2021**

1:21-cv-02317-RC

**Filed On: April 15, 2022** [1943318]

Friends of the Earth, et al.,

    Appellees

    v.

Debra A. Haaland, in her official capacity as Secretary of the Interior, et al.,

    Appellees

Chevron U.S.A. Inc.,

    Appellant

## M A N D A T E

In accordance with the order of April 15, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                **FOR THE COURT:**  
                                                Mark J. Langer, Clerk

                                  BY:   /s/  
                                                  Tatiana A. Magruder  
                                                  Deputy Clerk

Link to the order filed April 15, 2022