# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-5036**                                   **September Term, 2021**

                                                    **1:21-cv-02317-RC**

                                    **Filed On:** April 15, 2022

Friends of the Earth, et al.,

      Appellees

  v.

Debra A. Haaland, in her official capacity as
Secretary of the Interior, et al.,

      Appellees

American Petroleum Institute,

      Appellant

------------------------------

Consolidated with 22-5037, 22-5067

**O R D E R**

    Upon consideration of appellant Chevron U.S.A. Inc.'s unopposed motion to dismiss appeal No. 22-5067 and notice of intent to participate as amicus curiae, it is

    **ORDERED** that the motion be granted and No. 22-5067 be dismissed. It is

    **FURTHER ORDERED** that the consolidation of No. 22-5067 with No. 22-5036, et al., be terminated.

    The Clerk is directed to issue the mandate forthwith in No. 22-5067.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                    BY:    /s/
                           Tatiana Magruder
                           Deputy Clerk