# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, *et al.* | No. 1:21-cv-02317-RC |
| Plaintiff, | Judge Rudolph Contreras |
| vs. | |
| DEBRA A. HAALAND, *et al.* | **DEFENDANTS' NOTICE REGARDING THE ISSUANCE OF LEASES** |
| Defendants, | |
| and | |
| STATE OF LOUISIANA, *et al.* | |
| Defendant-Intervenors. | |

Defendants hereby give notice that, on September 14, 2022, the Department of the Interior complied with Congress's direction in the Inflation Reduction Act ("IRA"), Pub. L. No. 117-169, 136 Stat. 1818, by taking steps towards issuing fully executed leases to the highest valid bidders in Lease Sale 257.

Plaintiffs challenged the Bureau of Ocean Energy Management's ("BOEM") decision to proceed with Lease Sale 257—an offshore oil and gas lease sale proposed by BOEM as part of the 2017-2022 Five-Year Program. This past January, the Court granted summary judgment in favor of Plaintiffs, vacated BOEM's record of decision for Lease Sale 257, and remanded to BOEM for further action consistent with the Court's opinion. *See* Summ. J. Op. at 67, ECF No. 78, Summ. J. Order at 1-2, ECF No. 77. Intervenor-Appellants American Petroleum Institute and the State of Louisiana appealed.

During the pendency of the appeal, Congress passed the IRA. As relevant to this case, the statute directs Interior, "without modification or delay" (and no later than September 15, 2022), to "accept the highest valid bid for each tract or bidding unit of Lease Sale 257 for which a valid bid was received on November 17, 2021," and "provide the appropriate lease form to the winning bidder to execute and return." IRA § 50264(b)(1). It further requires Interior, once the lease form is returned, to "promptly" issue to the high bidder "a fully executed lease in accordance with" the "terms and conditions" contained in the October 4, 2021 final notice of sale. *Id.* § 50264(b)(2).

On September 14, 2022, Interior complied with the IRA by transmitting lease forms to the highest valid bidders; upon return of the forms, the Secretary of the Interior will promptly issue fully executed leases.

Respectfully submitted this 15th day of September, 2022,

1

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

Counsel for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of September, 2022, I filed the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

                                            /s/ *Luther L. Hajek*
                                            Luther L. Hajek